# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Western DIVISION

| | |
|---|---|
| NATHANIEL R. WEBB, Plaintiff, <br><br> v. <br><br> TEXTBEHIND, ~~Defendant~~. | NO. <br><br> COMPLAINT |

Plaintiff resides at:

1210 E. McNeill St. (mailing address)
Lillington, NC 27546

↓

Nathaniel R. Webb #1163122
P.O. Box 1569
Lillington, NC 27546

Defendant(s)' name(s) and address(es), if known:

| | |
|---|---|
| TEXTBEHIND | TEXTBEHIND |
| P.O. Box 247 | P.O. Box 310 |
| Phoenix, MD 21131 | Phoenix, MD 21131 |

1

Jurisdiction in this court is based on:

Diversity Jurisdiction: Parties are in different states and amount in controversy exceeds $75,000

The acts complained of in this suit concern:

TextBehind is a company that provides communication services for prisoners. These services include forwarding U.S. Mail and also electronic messages. Plaintiff is a prisoner at Harnett Correctional Institution in Lillington, North Carolina. All prisoner mail at Harnett Correctional is routed through TextBehind, with U.S. Mail being serviced at only postal cost, and electronic messaging offered at additional costs paid by prisoners' families and/or friends. Upon TextBehind accepting Harnett Correctional's prisoners as customers they agreed to provide fast, quality communication services. Instead, they have done the opposite. Mail that previously took days to receive is now taking weeks, and putting significant strain on familial relationships. This has led to depression and anxiety. Other mail sent to TextBehind for forwarding never arrives, or is returned to the sender for various reasons. Images that were promised to be "high quality" are blurred and cheaply printed. These poorly provided free services are geared toward forcing prisoners such as myself to use their paid services just to maintain contact

with family and/or friends, as well as businesses. To be clear, the "free" services were a requirement by the facilities in order to provide a way for prisoners to remain in contact with society once the facilities sought an alternative for processing U.S. Mail. TextBehind has used its position as sole communication provider in order to leverage people into using their paid services by failing to provide the free services they guaranteed. This has resulted in false advertisement and predatory practices.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

$25,000 in compensatory damages for lost or rejected mail, delays, poor quality images, and strained communication; $50,000 in compensatory damages for emotional distress stemming from familial communication issues; $175,000 in punitive damages for false advertisement and predatory unethical business practices; Injunctive relief prohibiting TextBehind from handling communication via U.S. Mail to or from incarcerated persons (to include plaintiff.)

1/24/22

DATE

*[signature]*

SIGNATURE OF PLAINTIFF

NATHANIEL R. WEBB
#1163122
P.O. BOX 1569
Lillington, NC 27546

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3